1

2

3

4

5

6

7

8                                                    The Honorable Barbara J. Rothstein

9
                            UNITED STATES DISTRICT COURT
10                         WESTERN DISTRICT OF WASHINGTON
                                       AT SEATTLE
11

12   D.S. by and through her next friend
     TARA URS; D.Y. by and through his
13   next friend JULIE KELLOGG-
     MORTENSEN; H.A. by and through his
14   next friend KRISTEN BISHOPP; and
     DISABILITY RIGHTS WASHINGTON,                   NO. 2:21-cv-00113-BJR
15   a nonprofit membership organization for
     the federally mandated Protection and           ORDER GRANTING IN PART
16   Advocacy Systems,                               PLAINTIFFS' MOTION FOR
                                                     PRELIMINARY INJUNCTION
17                              Plaintiffs,

18          v.

19   WASHINGTON STATE
     DEPARTMENT OF CHILDREN,
20   YOUTH, AND FAMILIES; and ROSS
     HUNTER, in his official capacity as
21   Secretary of the Washington State
     Department of Children, Youth, and
22   Families,

23                              Defendants.

24

25

26

This Court has considered Plaintiffs' Motion for Preliminary Injunctive Relief, and the pleadings and other submissions on file herein, including the arguments made at hearing on June 7, 2021 and the submissions of the parties as directed by the Court. Dkt. Nos. 57, 58. It is, therefore,

ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED IN PART as follows:

1. No later than September 1, 2021, Defendants will submit a proposed plan for Plaintiffs' review for how Defendants will cease by November 1, 2021 using hotels, motels, or DCYF office space for youth in Department of Children, Youth, and Families (DCYF) custody under Wash. Rev. Code §13.34 during overnight hours.

2. No youth in DCYF custody under Wash. Rev. Code §13.34 may spend the night hours (between 10 pm and 6 am) in cars (not including transport time).

3. Subject to the availability of hotel space, appropriate to the youth's health, welfare, and safety needs, no youth in DCYF custody under Wash. Rev. Code §13.34 may spend the night hours (between 10 pm and 6 am) in DCYF offices, with the following exception: in the event a youth returns to or enters DCYF custody between these hours, best efforts must be made to provide the youth with a hotel room to sleep for the remainder of the night. If this is not possible or some other emergency arises, a youth spending the night in a DCYF office must be provided with a pillow, blanket, and cot or other equivalent bedding.

4. Prior to November 1, 2021, subject to the availability of hotel space appropriate to the youth's health, welfare, and safety needs, youth in DCYF custody under Wash. Rev. Code §13.34 who have experienced hotel stays for five consecutive nights or more must be provided the same hotel and the same room from night to night beginning on the sixth consecutive night, and will be permitted to leave their belongings in their rooms during the day, unless DCYF has identified a placement

for the youth for the following night. Defendants shall be deemed to meet the requirements of this Paragraph 4 as to each youth by offering a placement to the youth in a DCYF-approved relative placement, a DCYF-approved "other suitable placement" under Wash. Rev. Code §13.34, or an in-state licensed foster care placement.

5. If a youth in DCYF custody under Wash. Rev. Code §13.34 is required to spend any night hours in an office or a car (not including transport time), or if a youth refuses a placement, an incident report adequately describing the circumstances of such incidents, will be generated and notice of the incident will be provided to the youth's attorney or GAL/CASA.  If the youth does not have an attorney or GAL/CASA, notice shall be provided to Plaintiffs' counsel at Disability Rights Washington.

6. Within two days of a youth's refusal of a foster care placement, the assigned case worker and/or supervisor shall conduct a Family Team Decision Meeting (FTDM) inviting the youth, the youth's attorney and GAL/CASA, and the youth's family (unless the youth objects to the family being present due to specific safety concern) to seek a resolution.

7. For any youth who has been in an office or hotel stay, or a combination of office, hotel, and foster care placement intended to be night to night for five consecutive nights, DCYF must schedule a Shared Planning Meeting (SPM) for the earliest practicable date (but no later than three business days after the fifth night) and must invite the youth, the youth's attorney and GAL/CASA, the youth's family (unless the youth objects to the family being present due to specific safety concern), in addition to including the assigned case worker and the supervisor, placement desk staff, and other regional staff as appropriate. If the youth continues to be placed in hotel or office stays, an SPM shall be held every ten days thereafter until the youth is reunified with family or a long-term placement is identified. An SPM shall not be required

when (1) the youth has rejected multiple placements authorized under Wash. Rev. Code §13.34; (2) the Department determines and documents that the next SPM would not be productive; and (3) the youth and youth's attorney are notified of the Department's determination and do not object.

8. Defendants shall explore ways to lessen the impact to youths in DCYF custody under Wash. Rev. Code §13.34 placed in exceptions to placement, including meeting dietary needs of youths, reviewing training of DCYF staff supervising youth in exceptions to placement, and providing adequate support and programming to such youths in exceptions to placement.

9. DCYF shall meet the needs of youth in DCYF custody under Wash. Rev. Code §13.34 while they are experiencing placement exceptions and night to night stays, including planning for reasonable accommodations and crisis response.

10. Receiving field offices must maintain and offer healthy food and beverages appropriate for a youth's dietary needs.

11. Youth in DCYF custody under Wash. Rev. Code §13.34 who are in hotel, office, or a combination of hotel, office, and night to night stays must be transported to school or provided with quiet office space and staffing to support engagement in online school and the youth's IEP, if applicable. When youth are not in school, they shall be provided with age-appropriate activities.

12. This Order shall remain in effect until June 30, 2022 or until further order of this Court. This Order may be amended upon agreement of the parties and approval of the Court or on motion for good cause shown after meet-and-confer by the parties. Parties must meet and confer prior to filing any motion to enforce compliance with this Order.

13. Defendants shall file a notice certifying that they have complied with the provisions of this Order by July 30, 2021, and subsequently submit a report to this Court every six months regarding its compliance.

DATED this 29th day of June, 2021.


_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE