The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| D.S. by and through her next friend TARA URS; *et al.*,<br><br>     Plaintiffs,<br><br> v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; *et al.*,<br><br>     Defendants. | NO. 2:21-cv-00113-BJR<br><br>STIPULATION AND ORDER REGARDING DISCOVERY RESPONSES AND AMENDMENT TO SCHEDULING ORDER |

## I.  STIPULATION

The parties, by and through their respective attorneys of record, report to the Court that they are actively engaged in mediation efforts facilitated by mediator Kathleen Noonan.  In furtherance of these efforts and to allow the parties to focus on the possible resolution of this matter, the parties hereby stipulate to the following:

1       1.     The parties agree to a stay of discovery until August 27, 2021, meaning that

2   neither party has the duty to answer or respond to discovery requests served on them, with

3   following exceptions:

4           a.  Defendants' production of Named Plaintiff H.A.'s case file as soon as possible,

5               including the potential disclosure of email correspondence after exchange of

6               search terms by the parties and discussions regarding volume to be produced;

7           b.  Plaintiffs' taking of two depositions related to the H.A. case file;

8           c.  Defendants' production of the RDA Phase 1 data report and other data related to

9               youth who are staying in hotels, motels, or offices or for one-night stays, as agreed

10              by the parties; and

11          d.  Defendants' continuation of their efforts to assemble case file information on the

12              other named Plaintiffs by the end of the stay of discovery.

13      2.     The parties agree that the current pretrial schedule in this matter (Dkt. No. 22, as

14  amended by Dkt. No. 61) should be amended such that Plaintiffs' motion for class certification

15  will be filed on or by November 2, 2021.

16      3.     The parties agree that this Court should enter an order that approves and adopts

17  this stipulation.

18    RESPECTFULLY SUBMITTED this 23rd day of July 2021.

19

20    PLAINTIFFS' COUNSEL                ROBERT W. FERGUSON
                                                    Attorney General

21    *s/Susan Kas*                             *s/Daniel J. Judge*

22    SUSAN KAS, WSBA No. 36592         DANIEL J. JUDGE, WSBA No. 17392
      Disability Rights Washington          *Senior Counsel*

23    CHRISTOPHER CARNEY,            WILLIAM MCGINTY,
      WSBA No. 30325                 WSBA No. 41868

24    Carney Gillespie PLLP             JAMES M. RICHARDSON III,
      LEECIA WELCH, WSBA No. 26590    WSBA No. 45095

25    National Center for Youth Law       *Assistant Attorneys General*

26    *Attorneys for Plaintiffs*               *Attorneys for Defendants*

**II.     ORDER**

IT IS HEREBY ORDERED that:

1.      The stipulation of the parties is APPROVED AND ADOPTED. Dkt. No. 22, as amended by Dkt. No. 61, is further AMENDED: Plaintiffs' Motion for Class Certification is to be filed on or by November 2, 2021.

2.      Discovery in this matter is stayed until August 27, 2021, meaning that neither party has the duty to answer or respond to discovery requests served on them, with following exceptions:

   a.   Defendants' production of Named Plaintiff H.A's case file as soon as possible, including the potential disclosure of email correspondence after exchange of search terms by the parties and discussions regarding volume to be produced;

   b.   Plaintiffs' taking of two depositions related to the H.A. case file;

   c.   Defendants' production of the RDA Phase 1 data report and other data related to youth who are staying in hotels, motels, or offices or for one-night stays, as agreed by the parties; and

   d.   Defendants' continuation of their efforts to assemble case file information on the other named Plaintiffs by the end of the stay of discovery.

Dated this 4th day of August, 2021.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

1

Presented by:

2

3

*s/Susan Kas*_____
SUSAN KAS, WSBA No. 36592

4

**DISABILITY RIGHTS WASHINGTON**
315 5th Avenue South, Suite 850

5

Seattle, WA 98104
Telephone:      (206) 324-1521

6

Fax:               (206) 957-0729
Email:            susank@dr-wa.org

7

8

9

**CARNEY GILLESPIE PLLP**
CHRISTOPHER CARNEY, WSBA No. 30325

10

600 1st Avenue, Suite LL08
Seattle, WA 98104

11

Telephone:      (206) 445-0212
Fax:               (206) 238-9987

12

Email:            christopher.carney@carneygillespie.com

13

14

**NATIONAL CENTER FOR YOUTH LAW**
LEECIA WELCH, WSBA No. 26590

15

1212 Broadway, Suite 600
Oakland, CA 94612

16

Telephone:      (510) 835-8098
Fax:               (510) 835-8099

17

Email:            lwelch@youthlaw.org

18

*Attorneys for Plaintiffs*

19

20

21

22

23

24

25

26

1    Approved for Entry by:

2    ROBERT W. FERGUSON

3    Attorney General

4

5    *s/Daniel J. Judge*
      DANIEL J. JUDGE, WSBA No. 17392

6    *Senior Counsel*
      WILLIAM MCGINTY, WSBA No. 41868

7    JAMES M. RICHARDSON III, WSBA No. 45095
      *Assistant Attorneys General*

8

9    Office of the Attorney General
      7141 Cleanwater Drive SW

10   PO Box 40124 Olympia, WA 98504-0124
      Telephone:    (360) 586-6565

11   Fax:           (360) 586-6659
      Email:        Daniel.Judge@atg.wa.gov

12                   William.McGinty@atg.wa.gov
                   James.RichardsonIII@atg.wa.gov

13

14   *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on July 23, 2021, I caused to be electronically filed the foregoing

3

with the Clerk of the Court using the CM/ECF system which will send notification of such

4

filing to the following:

5

6

| | |
|---|---|
| Daniel Judge | danielj@atg.wa.gov |
| William McGinty | WilliamM1@atg.wa.gov |
| James Richardson | james.richardsoniii@atg.wa.gov |

7

8

I certify under penalty of perjury under the laws of the state of Washington that the

9

foregoing is true and correct.

10

DATED this 23rd day of July, 2021.

11

*/s/Mona Rennie*

12

Mona Rennie, Legal Assistant
Disability Rights Washington

13

14

15

16

17

18

19

20

21

22

23

24

25

26