The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| D.S. by and through her next friend TARA URS; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; *et al.*,<br><br>Defendants. | NO. 2:21-cv-00113-BJR<br><br>STIPULATION AND ORDER REGARDING AMENDMENT TO SCHEDULING ORDER |

## I.   STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. The parties agree that the pretrial schedule should be amended to accommodate the parties' mediation of this matter occurring during the last six months and continuing.

2. The parties agree that general pretrial dates be extended by approximately 90 days and that the dates specific to trial be extended by approximately 120 days as set forth below.

STIPULATION AND ORDER RE AMENDMENT TO SCHED ORDER NO. 2:21-cv-00113-BJR

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

3. The parties agree that the current pretrial schedule (Dkts. #22, 61, 67, and 75) should be amended as follows:

    a. Reports from expert witnesses under FED. R. CIV. P. 26(a)(2) are to be served on or by April 7, 2022;

    b. Initial deadline for completed discovery is May 9, 2022;

    c. All dispositive motions are to be filed on or by June 10, 2022;

    d. Opposition for dispositive motions (per Dkt. #16 briefing schedule) is to be filed on or by July 1, 2022; and

    e. Replies for dispositive motions (per Dkt. #16 briefing schedule) are to be filed on or by July 15, 2022.

4. The parties agree that the current scheduling of trial-related dates (Dkts. #22, 61 and 67) should be amended by 120 days as follows:

    a. Motions in Limine shall be filed by August 30, 2022;

    b. The Joint Pretrial Statement shall be filed by September 6, 2022;

    c. The Pretrial Conference shall be set for September 20, 2022;

    d. The Trial (sixteen days) shall be set for October 4, 2022 or the next available date.

5. The parties agree that this Court should enter an order that approves and adopts this stipulation.

RESPECTFULLY SUBMITTED this 17th day of December, 2021.

| PLAINTIFFS' COUNSEL | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| *S/ Susan Kas*<br>SUSAN KAS, WSBA No. 36592<br>Disability Rights Washington<br>CHRISTOPHER CARNEY,<br>WSBA No. 30325<br>Carney Gillespie PLLC | *s/ Daniel J. Judge*<br>DANIEL J. JUDGE, WSBA No. 17392<br>*Senior Counsel*<br>WILLIAM MCGINTY, WSBA No. 41868<br>JAMES M. RICHARDSON III, WSBA No. 45095<br>*Assistant Attorneys General*<br>*Attorneys for Defendants* |

STIPULATION AND ORDER RE
AMENDMENT TO SCHED ORDER
NO. 2:21-cv-00113-BJR

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

LEECIA WELCH, WSBA No. 26590
POONAM JUNEJA, CA Bar ID No. 300848, *admitted pro hac vice*
FREYA PITTS, CA Bar ID No. 295878, *admitted pro hac vice*
JEAN STROUT, CA RLSA No. 804338, *admitted pro hac vice*
National Center for Youth Law
LAURA LIN, CA Bar ID No. 281542, *admitted pro hac vice*
ELIZABETH DOUGLAS, CA Bar ID No. 331031, *admitted pro hac vice*
ALEXANDER S. GORIN, WSBA No. 53538
Munger, Tolles & Olson, LLP

*Attorneys for Plaintiffs*

## II.   ORDER

IT IS HEREBY ORDERED that:

1. The stipulation of the parties is APPROVED AND ADOPTED as follows:

2. The pretrial schedule (Dkts. #22, 61, 67, and 75) is AMENDED as follows:

    a. Reports from expert witnesses under FED. R. CIV. P. 26(a)(2) shall be served on or by April 7, 2022;

    b. The initial deadline for completed discovery is May 9, 2022;

    c. All dispositive motions shall be filed on or by June 10, 2022;

    d. Opposition for dispositive motions (per Dkt. #16 briefing schedule) shall be filed on or by July 1, 2022; and

    e. Replies for dispositive motions (per Dkt. #16 briefing schedule) shall be filed on or by July 15, 2022.

3. The schedule of trial-related dates (Dkts. #22, 61 and 67) is AMENDED as follows:

    a. Motions in Limine shall be filed by August 30, 2022;

STIPULATION AND ORDER RE AMENDMENT TO SCHED ORDER
NO. 2:21-cv-00113-BJR

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

      b.     The Joint Pretrial Statement shall be filed by September 6, 2022;

      c.     The Pretrial Conference shall be set for September 20, 2022.

      d.     The Trial (sixteen days) shall be set for October 4, 2022.

The Clerk is directed to forward copies of this Order to the parties in this matter.

Entered this 22nd day of December, 2021.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE
AMENDMENT TO SCHED ORDER
NO. 2:21-cv-00113-BJR

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565