The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| D.S. by and through her next friend TARA URS; *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; *et al.*,<br><br>　　　　　　　　Defendants. | NO.  2:21-cv-00113-BJR<br><br>STIPULATION AND ORDER REGARDING AMENDMENT TO SCHEDULING ORDER |

## I.　STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1.　The parties agree that the pretrial schedule should be amended to accommodate the parties' mediation of this matter occurring during the last eight months and continuing.

2.　The parties agree that each pretrial date and the trial date be extended by approximately 60 days as set forth below.

STIPULATION AND ORDER RE
AMENDMENT TO SCHED ORDER
NO. 2:21-cv-00113-BJR

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1     3.    The parties agree that the current pretrial schedule (Dkts. #22, 61, 67, 75, and 82)
2  should be amended as follows:

3           a.    Reports from expert witnesses under FED. R. CIV. P. 26(a)(2) are to be
4                 served on or by June 6, 2022;
5           b.    Initial deadline for completed discovery is July 8, 2022;
6           c.    All dispositive motions are to be filed on or by August 9, 2022;
7           d.    Opposition for dispositive motions (per Dkt. #16 briefing schedule) is to
8                 be filed on or by August 30, 2022; and
9           e.    Replies for dispositive motions (per Dkt. #16 briefing schedule) are to be
10                filed on or by September 13, 2022.
11    4.    The parties agree that the current scheduling of trial-related dates (Dkts. #22,
12  61, 67 and 82) should be amended as follows:
13          a.    Motions in Limine shall be filed by October 31, 2022;
14          b.    The Joint Pretrial Statement shall be filed by November 7, 2022;
15          c.    The Pretrial Conference shall be set for November 21, 2022;
16          d.    The Trial (sixteen days) shall be set for December 5, 2022 or the next
17                available date.
18    5.    The parties agree that this Court should enter an order that approves and adopts
19  this stipulation.

20        RESPECTFULLY SUBMITTED this 25th day of February, 2022.

21  PLAINTIFFS' COUNSEL                          ROBERT W. FERGUSON
                                                 Attorney General
22

23   *S/ Susan Kas*                              *s/ Daniel J. Judge*
    SUSAN KAS, WSBA No. 36592                    DANIEL J. JUDGE, WSBA No. 17392
24  Disability Rights Washington                 *Senior Counsel*
    CHRISTOPHER CARNEY,                          JAMES M. RICHARDSON III, WSBA No. 45095
25  WSBA No. 30325                               MARKO L. PAVELA, WSBA No. 49160
    Carney Gillespie PLLC                        *Assistant Attorneys General*
26                                               *Attorneys for Defendants*

| | |
|---|---|
| 1 | LEECIA WELCH, WSBA No. 26590 |
| 2 | POONAM JUNEJA, CA Bar ID No. 300848, *admitted pro hac vice* |
| 3 | FREYA PITTS, CA Bar ID No. 295878, *admitted pro hac vice* |
| 4 | JEAN STROUT, CA RLSA No. 804338, *admitted pro hac vice* |
| | National Center for Youth Law |
| 5 | LAURA LIN, CA Bar ID No. 281542, *admitted pro hac vice* |
| 6 | ELIZABETH DOUGLAS, CA Bar ID No. 331031, *admitted pro hac vice* |
| 7 | ALEXANDER S. GORIN, WSBA No. 53538 |
| 8 | Munger, Tolles & Olson, LLP |
| 9 | *Attorneys for Plaintiffs* |

## II. ORDER

IT IS HEREBY ORDERED that:

1. The stipulation of the parties is APPROVED AND ADOPTED as follows:

2. The pretrial schedule (Dkts. #22, 61, 67, 75, and 82) is AMENDED as follows:

    a. Reports from expert witnesses under FED. R. CIV. P. 26(a)(2) shall be served on or by June 6, 2022;

    b. The initial deadline for completed discovery is July 8, 2022;

    c. All dispositive motions shall be filed on or by August 9, 2022;

    d. Opposition for dispositive motions (per Dkt. #16 briefing schedule) shall be filed on or by August 30, 2022; and

    e. Replies for dispositive motions (per Dkt. #16 briefing schedule) shall be filed on or by September 13, 2022.

3. The schedule of trial-related dates (Dkts. #22, 61, 67, and 82) is AMENDED as follows:

    a. Motions in Limine shall be filed by October 31, 2022;

    b. The Joint Pretrial Statement shall be filed by November 7, 2022;

STIPULATION AND ORDER RE AMENDMENT TO SCHED ORDER NO. 2:21-cv-00113-BJR

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

      c.    The Pretrial Conference shall be set for November 21, 2022 or the next available date:

_____.

      d.    The Trial (sixteen days) shall be set for December 5, 2022 or the next available date:

_____.

The Clerk is directed to forward copies of this Order to the parties in this matter.

DATED this 10th day of March, 2022.

*[signature]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE
AMENDMENT TO SCHED ORDER
NO. 2:21-cv-00113-BJR

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| SUSAN KAS | susank@dr-wa.org |
| CHRISTOPHER CARNEY | christopher.carney@cgilaw.com |
| POONAM JUNEJA | pjuneja@youthlaw.org |
| FREYA PITTS | fpitts@youthlaw.org |
| JEAN STROUT | jstrout@youthlaw.org |
| LEECIA WELCH | lwelch@childrensrights.org |
| LAURA LIN | laura.lin@mto.com |
| ELIZABETH DOUGLAS | elizabeth.douglas@mto.com |
| ALEXANDER GORIN | alex.gorin@mto.com |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 25th day of February, 2022.

ROBERT W. FERGUSON
Attorney General

By:  s/ *Daniel J. Judge*
DANIEL J. JUDGE, WSBA No. 17392
*Senior Counsel*
JAMES M. RICHARDSON III, WSBA No. 45095
MARKO L. PAVELA, WSBA No. 49160
*Assistant Attorneys General*
Attorneys for Defendants

Office of the Attorney General
PO Box 40124
7141 Cleanwater Drive SW
Olympia, WA  98504-0124
Telephone:   (360) 586-6565
Fax:   (360) 586-6657
Email:   Daniel.Judge@atg.wa.gov
James.RichardsonIII@atg.wa.gov
Marko.Pavela@atg.wa.gov

STIPULATION AND ORDER RE AMENDMENT TO SCHED ORDER NO. 2:21-cv-00113-BJR

5

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565