The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| D.S. by and through her next friend TARA URS; D.Y. by and through his next friend JULIE KELLOGG-MORTENSEN; H.A. by and through his next friend KRISTEN BISHOPP; and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; and ROSS HUNTER, in his official capacity as Secretary of the Washington State Department of Children, Youth, and Families,<br><br>Defendants. | NO.  2:21-cv-00113-BJR<br><br>STIPULATION AND ORDER REGARDING SUBSTITUTION OF PARTY |

I.     STIPULATION

Having reached the age of majority, Named Plaintiff D.S. has capacity to represent her own interests and no longer needs the support of a next friend under Fed. R. Civ. Proc. 17.  The

STIPULATION AND ORDER
REGARDING SUBSTITUTION OF
PARTY
NO.  2:21-CV-00113

1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  □  Fax: (206) 957-0729

Parties hereby agree to substitute "D.S." for the party, "D.S. by and through her next friend Tara Urs."

II.      ORDER

IT IS HEREBY ORDERED that "D.S." shall be substituted for the party, "D.S. by and through her next friend Tara Urs."

DATED this 10th day of June, 2022.

_____
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION AND ORDER
REGARDING SUBSTITUTION OF
PARTY
NO.  2:21-CV-00113

2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington  98104
(206) 324-1521  □  Fax: (206) 957-0729