The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| D.S.; D.Y. by and through his next friend JULIE KELLOGG-MORTENSEN; H.A. by and through his next friend KRISTEN BISHOPP; and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>    Plaintiffs,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; and ROSS HUNTER, in his official capacity as Secretary of the Washington State Department of Children, Youth, and Families,<br><br>    Defendants. | NO. 2:21-cv-00113-BJR<br><br>ORDER GRANTING PRELIMINARY APPROVAL TO CLASS ACTION SETTLEMENT AND DIRECTING NOTICE TO THE CLASS |

This matter comes before the Court on the parties' Joint Motion for Preliminary Approval of Class Action Settlement and Approval of Form and Manner of Class Notice (the "Joint Motion"). The parties request that the Court: (a) grant preliminary approval of the Settlement Agreement; (b) approve the form and manner of the Notice of Proposed Class Action Settlement to be sent to Class members and their representatives; (c) set the deadline

ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTING NOTICE TO THE CLASS
NO. 2:21-CV-00113

1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

for Plaintiffs' submission regarding fees and costs; (d) set the deadline for written submissions from Class members or their legal representatives who wish to be heard in favor of or in objection to the Settlement Agreement; and (e) set the date for a final fairness hearing pursuant to Federal Rules of Civil Procedure 23(e)(2).

The Court has reviewed the Joint Motion, the Settlement Agreement, the Notice of Proposed Class Action Settlement, the Proposed Order, and all declarations and exhibits submitted with the Motion. The Court GRANTS the Motion and ORDERS as follows:

1. Based on the record before it, the Court tentatively finds, pursuant to Federal Rule of Civil Procedure 23(e), that the terms of the Settlement Agreement, attached as Exhibit A to the Declaration of Susan Kas, are fair, reasonable, and adequate for the Class. The Court finds that: (a) the Settlement Agreement resulted from arm's length negotiations; (b) there is no evidence of fraud, collusion, or overreaching or that the rights of Class members were disregarded; and (c) counsel has sufficient experience in similar litigation to propose the Settlement Agreement. The Court's preliminary approval is subject to change pending the outcome of the final settlement approval hearing established herein.

2. The Court finds that the Notice of Proposed Class Action Settlement ("Notice"), attached as Exhibit B to the Declaration of Susan Kas, meets the requirements of Federal Rule of Civil Procedure 23, due process, and applicable law. The Notice (a) describes the terms of the Settlement Agreement; (b) gives notice of the time and place of the Fairness Hearing; and (c) describes how a Class member may

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND DIRECTING
NOTICE TO THE CLASS
NO.  2:21-CV-00113

2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

comment on, object to, or support the Settlement Agreement.  The Notice is approved.

3.  The Court finds that the Notice Plan submitted in connection with the Joint Motion is reasonably calculated to provide adequate notice to Class members of the proposed Settlement Agreement and satisfies the requirements of due process and Federal Rule of Civil Procedure 23.  The Court authorizes and directs the parties to enact the Notice Plan.  The parties shall be authorized to make non-material changes to the Notice Plan, so long as Class Counsel and Defendants' counsel agree and one of the parties notifies the Court of the change before the Final Approval Hearing.  Neither the insertion of dates nor the correction of typographical or grammatical errors shall be deemed a change to the Notice Plan.  In accordance with the Notice Plan, Defendants shall translate the written Notice, post the Notice prominently in the locations detailed in the Notice Plan, and disseminate the Notice to the individuals and organizations detailed in the Notice Plan.  Plaintiffs shall maintain a dedicated email address and toll-free number available to people with questions about the Settlement Agreement, review the content of the proposed Settlement Agreement with any Class members and their families, and answer any questions they may have.  Defendants and Class Counsel will submit declarations to the Court confirming their compliance with the class notice procedures within three weeks of the date of this Order.

4.  The Court will hold a Fairness Hearing to determine if the proposed Settlement Agreement is fair, reasonable, and adequate, and should receive final approval on

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND DIRECTING
NOTICE TO THE CLASS
NO.  2:21-CV-00113

3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

September 7, 2022 at 1 pm PT in Courtroom 16A at the Seattle Courthouse for the Western District of Washington, 700 Stewart Street, Seattle, WA 98101. On the same date and time, the Court will also consider Plaintiffs' submission regarding an award of attorney's fees, costs, and expenses. The Motion for Final Approval of the Settlement and Plaintiffs' Submission regarding Attorneys' Fees and Costs shall be filed on or by August 5, 2022.

5. A Class member who wishes to comment on or object to the Settlement Agreement must submit written comments and/or objections by U.S. Mail, email, or phone on or before August 12, 2022 to Disability Rights Washington, 315 5th Ave. S., Suite 850, Seattle, WA 98104, DSSettlement@dr-wa.org, 206-324-1521 or 1-800-562-2702.

6. Class members, or their legal representatives, may be heard orally in support of or in opposition to the proposed Settlement Agreement at the Final Approval Hearing.

7. Unless otherwise ordered by the Court, no objection to or other comment concerning the Settlement Agreement shall be heard unless timely filed in accordance with the guidelines specified above.

8. Any Class member who does not make his or her objection in the manner provided in this Order shall be deemed to have waived any such objection and shall forever be barred from making any objection to the Settlement Agreement.

9. Class Counsel will provide Defendants' counsel a copy of any objections, support, or comments received from Class Members, their legal representatives, or any other

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND DIRECTING
NOTICE TO THE CLASS
NO. 2:21-CV-00113

4

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

person, entity, or interested party regarding the proposed Settlement Agreement within seven days of receipt.

10. Class Counsel will submit to the Court all written submissions received from Class Members, their legal representatives, or other interested parties, along with any written responses from Class Counsel to such submissions, on or before August 22, 2022.

11. Class Counsel and counsel for Defendants shall be prepared at the Fairness Hearing to respond to objections filed by Class members, or their legal representatives, and to provide other information, as appropriate, bearing on why the Settlement Agreement should be approved.

12. The Court reserves the right to change the date or location of the Fairness Hearing without further notice to Class members, and it retains jurisdiction to consider all further issues arising out of or connected to the Settlement Agreement. The Court may approve the Settlement Agreement, with such modification as may be agreed to by the Parties, if appropriate, without further notice to Class members.

13. The Trial and Pretrial Schedule in this matter are STRICKEN.

IT IS SO ORDERED.

DATED this 24th day of June, 2022.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
United States District Judge

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND DIRECTING
NOTICE TO THE CLASS
NO. 2:21-CV-00113

5

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

1  Presented by:

**DISABILITY RIGHTS WASHINGTON**

*/s/ Susan Kas*
Susan Kas, WSBA #36592
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521
Fax (206) 957-0729
Email: susank@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite LL08
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email: christopher.carney@carneygillespie.com

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Poonam Juneja*
Poonam Juneja, *admitted pro hac vice*
Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email: pjuneja@youthlaw.org

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email: lwelch@childrensrights.org

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND DIRECTING
NOTICE TO THE CLASS
NO. 2:21-CV-00113

6

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

**MUNGER, TOLLES & OLSON LLP**

*/s/ Laura Lin*
Laura Lin, *admitted pro hac vice*
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel. (415) 512-4034
Fax (415) 644-5934
Email: laura.lin@mto.com

Alex Gorin, WSBA No. 53538
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Tel. (213) 683-9226
Fax (213) 683-4024
Email: Alex.Gorin@mto.com

**ATTORNEYS FOR PLAINTIFFS**

ROBERT W. FERGUSON
Attorney General

*Daniel J. Judge*
Daniel J. Judge, WSBA No. 17392
*Senior Counsel*
Marko Pavela, WSBA No. 49160
James M. Richardson III, WSBA No. 45095
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124 Olympia, WA 98504-0124
Tel. (360) 586-6565
Fax (360) 586-6659
Email: Daniel.Judge@atg.wa.gov
       Marko.Pavela@atg.wa.gov
       James.RichardsonIII@atg.wa.gov

**ATTORNEYS FOR DEFENDANTS**

ORDER GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT AND DIRECTING
NOTICE TO THE CLASS
NO. 2:21-CV-00113

7

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729