The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| D.S.; D.Y. by and through his next friend JULIE KELLOGG-MORTENSEN; H.A. by and through his next friend KRISTEN BISHOPP; and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems, | NO. 2:21-cv-00113-BJR |
| Plaintiffs, | ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; and ROSS HUNTER, in his official capacity as Secretary of the Washington State Department of Children, Youth, and Families, | |
| Defendants. | |

THIS MATTER having come before the Court on the parties' Joint Motion for Final

Approval of Class Settlement Agreement (the "Joint Motion") and having been duly

considered, the Court makes the following findings:

ORDER GRANTING JOINT MOTION
FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AGREEMENT
NO. 2:21-CV-00113

1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

The Court has jurisdiction over the claims against all Defendants pursuant to 28 U.S.C. §§ 1331, 1343(a). Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b).

The Court preliminarily approved the parties' proposed Settlement Agreement on June 24, 2022. ECF No. 97. The Court further approved the parties' notice to class members regarding the proposed settlement, Exhibit B to the Declaration of Susan Kas in Support of Plaintiffs' Motion for Preliminary Approval, ECF No. 93-2, and the method for distributing the notice as described in the Notice Plan, attached as Exhibit C to the Declaration of Susan Kas in Support of Plaintiffs' Motion for Preliminary Approval, ECF No. 93-3. The parties complied with the Notice Plan in all material respects, meeting the due process requirements of the United States Constitution and Fed. R. Civ. P. 23(e). ECF Nos. 98-100.

Class members had until August 12, 2022 to submit written objections. The Court conducted a final approval hearing on September 7, 2022, in Seattle, Washington. Counsel for Plaintiffs and Defendants presented argument as to why the Settlement Agreement is fair, reasonable, and adequate and should be approved. Class members and others thereby affected received adequate opportunity to object.

The proposed Settlement Agreement, attached as Exhibit A to the Declaration of Susan Kas in Support of Plaintiffs' Motion for Preliminary Approval, ECF No. 94-1, is fair, reasonable, and adequate in light of the relief Plaintiffs have obtained in settlement to achieve the goals of the litigation. Further litigation would expose both sides to risk and expense, given the complexity of this lawsuit and the likely duration of litigation. The Settlement Agreement is the result of arms' length negotiations, conducted with the assistance of a skilled neutral mediator and after thorough factual and legal investigation and discovery, and is not the product of fraud, collusion, or

ORDER GRANTING JOINT MOTION
FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AGREEMENT
NO.  2:21-CV-00113

2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

overreaching. No class member or interested party has raised concerns that alter the underlying

fairness, reasonableness, and adequacy of the Settlement Agreement.

The Court, having fully considered the matter and good cause appearing, hereby ORDERS:

1. The parties' Joint Motion for Final Approval of Class Action Settlement Agreement is GRANTED. The Court FINDS and CONCLUDES that the settlement is fair, reasonable, and adequate.

2. The parties' Settlement Agreement and Order, attached as Exhibit A to the Declaration of Susan Kas in Support of Plaintiffs' Motion for Preliminary Approval, ECF No. 94-1, is APPROVED and INCORPORATED HEREIN.

3. The parties to the Settlement Agreement and Order shall perform all of their obligations thereunder. The case is DISMISSED, but the Court shall retain jurisdiction over the matter to enforce the provisions of the Settlement Agreement and Order until Defendants' obligations terminate under paragraph 36 of the Agreement.

4. The Settlement Agreement and Order is binding on class members. It settles all of Plaintiffs' claims for class-wide injunctive relief against Defendants that were asserted in the Complaint filed on January 28, 2021.

IT IS SO ORDERED.

DATED this 9th day of August, 2022.

_Barbara J Rothstein_
_____
BARBARA J. ROTHSTEIN
United States District Judge

ORDER GRANTING JOINT MOTION
FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AGREEMENT
NO.  2:21-CV-00113

3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729