1

2

3

4

5

6

7

The Honorable Barbara J. Rothstein

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10

11

D.S.; D.Y. by and through his next friend
JULIE KELLOGG-MORTENSEN; H.A.
by and through his next friend KRISTEN
BISHOPP; and DISABILITY RIGHTS
WASHINGTON, a nonprofit membership
organization for the federally mandated
Protection and Advocacy Systems,

NO.  2:21-cv-00113-BJR

12

13

UNOPPOSED MOTION TO
SUBSTITUTE LOCAL COUNSEL
PURSUANT TO LOCAL RULE
83.1(d)

14

15

Plaintiffs,

16

17

v.

18

WASHINGTON STATE
DEPARTMENT OF CHILDREN,
YOUTH, AND FAMILIES; and ROSS
HUNTER, in his official capacity as
Secretary of the Washington State
Department of Children, Youth, and
Families,

19

20

21

22

Defendants.

23

24

25

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Plaintiffs move to substitute Christopher Carney as the Local Counsel for attorneys Poonam Juneja, Freya Pitts, and Jean Strout of the National Center for Youth Law, and Laura Lin of Munger, Tolles, & Olson LLP, who have been admitted to appear and participate in this case *pro hac vice* pursuant to Local Rule 83.1(d).  Susan Kas of Disability Rights Washington, who previously served as their Local Counsel, has withdrawn from this case simultaneously with this motion.  Christopher Carney's Statement of Local Counsel is attached in support of this motion.

Defendants have represented that they do not oppose this motion.

Dated: October 14, 2022

Respectfully submitted,

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521
Fax (206) 957-0729
Email: carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite LL08
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email: christopher.carney@carneygillespie.com

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Poonam Juneja*
Poonam Juneja, *admitted pro hac vice*

UNOPPOSED MOTION TO
SUBSTITUTE LOCAL COUNSEL
PURSUANT TO LOCAL RULE 83.1(d)
NO.  2:21-CV-00113

1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email: pjuneja@youthlaw.org

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email: lwelch@childrensrights.org

**MUNGER, TOLLES & OLSON LLP**

*/s/ Laura Lin*
Laura Lin, *admitted pro hac vice*
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel. (415) 512-4034
Fax (415) 644-5934
Email: laura.lin@mto.com

Alex Gorin, WSBA No. 53538
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071-3426
Tel. (213) 683-9226
Fax (213) 683-4024
Email: Alex.Gorin@mto.com

**ATTORNEYS FOR PLAINTIFFS**

UNOPPOSED MOTION TO
SUBSTITUTE LOCAL COUNSEL
PURSUANT TO LOCAL RULE 83.1(d)
NO.  2:21-CV-00113

2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marko Pavela                    marko.pavela@atg.wa.gov

James Richardson             james.richardsoniii@atg.wa.gov

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 14th day of October, 2022.

_____

Mona Rennie, Legal Assistant

Disability Rights Washington

UNOPPOSED MOTION TO
SUBSTITUTE LOCAL COUNSEL
PURSUANT TO LOCAL RULE 83.1(d)
NO.  2:21-CV-00113

3

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

1

2

3

4

5

6

7
                                                      The Honorable Barbara J. Rothstein

8
                          UNITED STATES DISTRICT COURT
9                       WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE
10

11    D.S.; D.Y. by and through his next friend        NO.  2:21-cv-00113-BJR
      JULIE KELLOGG-MORTENSEN; H.A.
12    by and through his next friend KRISTEN
      BISHOPP; and DISABILITY RIGHTS            ORDER GRANTING
13    WASHINGTON, a nonprofit membership        UNOPPOSED MOTION TO
      organization for the federally mandated   SUBSTITUTE LOCAL
14    Protection and Advocacy Systems,          COUNSEL PURSUANT TO
                                                LOCAL RULE 83.1(d)
15
                              Plaintiffs,
16
             v.
17
18    WASHINGTON STATE
      DEPARTMENT OF CHILDREN,
19    YOUTH, AND FAMILIES; and ROSS
      HUNTER, in his official capacity as
20    Secretary of the Washington State
      Department of Children, Youth, and
21    Families,

22                            Defendants.

23

24

25

26

ORDER GRANTING UNOPPOSED                        Disability Rights Washington
MOTION TO SUBSTITUTE LOCAL                      315 5th Avenue South, Suite 850
COUNSEL PURSUANT TO LOCAL                       Seattle, Washington 98104
RULE 83.1(d) NO.  2:21-CV-00113                 Phone: (206) 324-1521 Fax: (206) 957-0729

Having considered Plaintiffs' Unopposed Motion to Substitute Local Counsel Pursuant to Local Rule 83.1(d), and its supporting papers, the Court hereby GRANTS the motion. Christopher Carney is substituted as the Local Counsel for attorneys Poonam Juneja, Freya Pitts, and Jean Strout of the National Center for Youth Law, and Laura Lin of Munger, Tolles, & Olsen LLP, who have been admitted to appear and participate in this case *pro hac vice* pursuant to Local Rule 83.1(d).

DATED this 3rd day of November, 2022.

BARBARA J. ROTHSTEIN
United States District Judge

Presented by:

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521
Fax (206) 957-0729
Email: carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite LL08
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email: christopher.carney@carneygillespie.com

ORDER GRANTING UNOPPOSED
MOTION TO SUBSTITUTE LOCAL
COUNSEL PURSUANT TO LOCAL
RULE 83.1(d) NO.  2:21-CV-00113

1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

1

2
          **NATIONAL CENTER FOR YOUTH LAW**

3
          _/s/ Poonam Juneja_

          Poonam Juneja, _admitted pro hac vice_

4
          Freya Pitts, _admitted pro hac vice_

          Jean Strout, _admitted pro hac vice_

5
          1212 Broadway, Suite 600

          Oakland, CA 94612

6
          Tel. (510) 835-8098

7
          Fax (510) 835-8099

          Email: pjuneja@youthlaw.org

8

9
          **CHILDREN'S RIGHTS**

10
          _/s/ Leecia Welch_

          Leecia Welch, WSBA #26590

11
          2021 Fillmore Street

          San Francisco, CA 94115

12
          Tel. (415) 602-5202

          Email: lwelch@childrensrights.org

13

14
          **MUNGER, TOLLES & OLSON LLP**

15
          _/s/ Laura Lin_

          Laura Lin, _admitted pro hac vice_

16
          560 Mission Street, 27th Floor

          San Francisco, CA 94105

17
          Tel. (415) 512-4034

18
          Fax (415) 644-5934

          Email: laura.lin@mto.com

19

20
          Alex Gorin, WSBA No. 53538

          350 S. Grand Ave., 50th Floor

21
          Los Angeles, CA 90071-3426

          Tel. (213) 683-9226

22
          Fax (213) 683-4024

          Email: Alex.Gorin@mto.com

23
          **ATTORNEYS FOR PLAINTIFFS**

24

25

26

ORDER GRANTING UNOPPOSED
MOTION TO SUBSTITUTE LOCAL
COUNSEL PURSUANT TO LOCAL
RULE 83.1(d) NO.  2:21-CV-00113

2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729

1

2

3

4

5

6

7
                                                    The Honorable Barbara J. Rothstein
8
                          **UNITED STATES DISTRICT COURT**
9                        **WESTERN DISTRICT OF WASHINGTON**
                                    **AT SEATTLE**
10

11   D.S.; D.Y. by and through his next friend          NO.  2:21-cv-00113-BJR
     JULIE KELLOGG-MORTENSEN; H.A.
12   by and through his next friend KRISTEN
     BISHOPP; and DISABILITY RIGHTS              STATEMENT OF LOCAL
13   WASHINGTON, a nonprofit membership          COUNSEL IN SUPPORT OF
     organization for the federally mandated     UNOPPOSED MOTION TO
14   Protection and Advocacy Systems,            SUBSTITUTE LOCAL COUNSEL
                                                 PURSUANT TO LOCAL RULE
15                            Plaintiffs,        83.1(d)

16
              v.
17

18   WASHINGTON STATE
     DEPARTMENT OF CHILDREN,
19   YOUTH, AND FAMILIES; and ROSS
     HUNTER, in his official capacity as
20   Secretary of the Washington State
     Department of Children, Youth, and
21   Families,

22                            Defendants.

23

24

25

26

STATEMENT OF LOCAL COUNSEL                              Disability Rights Washington
IN SUPPORT OF UNOPPOSED                                315 5ᵗʰ Avenue South, Suite 850
MOTION TO SUBSTITUTE LOCAL                                 Seattle, Washington 98104
COUNSEL PURSUANT TO LOCAL                        Phone: (206) 324-1521 Fax: (206) 957-0729
RULE 83.1(d)
NO.  2:21-CV-00113

1

2
 I am authorized and will be prepared to handle this matter, including trial, in the event

3
 the applicants, Poonam Juneja, Freya Pitts, Jean Strout, and Laura Lin, are unable to be present

4
 upon any date assigned by this Court.

5

6
 Dated: October 14, 2022

7
 Respectfully submitted,

8
 **CARNEY GILLESPIE PLLP**

9
 */s/ Christopher Carney*
 Christopher Carney, WSBA #30325

10
 600 1st Ave, Suite LL08
 Seattle, WA 98104

11
 Tel. (206) 445-0212
 Fax (206) 238-9987

12
 Email: christopher.carney@carneygillespie.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATEMENT OF LOCAL COUNSEL
IN SUPPORT OF UNOPPOSED
MOTION TO SUBSTITUTE LOCAL
COUNSEL PURSUANT TO LOCAL
RULE 83.1(d)
NO.  2:21-CV-00113

1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
Phone: (206) 324-1521 Fax: (206) 957-0729