The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| D.S.; D.Y. by and through his next friend JULIE KELLOGG-MORTENSEN; H.A. by and through his next friend KRISTEN BISHOPP; and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; and ROSS HUNTER, in his official capacity as Secretary of the Washington State Department of Children, Youth, and Families,<br><br>Defendants. | NO. 2:21-cv-00113-BJR<br><br>JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT SCHEDULE |

The Parties, by and through their respective attorneys of record, hereby stipulate to the following:

On September 21, 2022, this Court issued an Order granting final approval of the Parties' class action settlement agreement. Order Granting Joint Motion for Final Approval of Class Action Settlement Agreement, Dkt. #123. Entry of this Order set in motion certain time frames

JOINT STIPULATION FOR
APPROVAL OF MODIFICATION
TO SETTLEMENT SCHEDULE
NO. 2:21-cv-00113-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

contemplated by the parties' Agreement and Settlement Order (the "Settlement"). Dkt. #94-1. The Parties now stipulate to minor modifications of the time frames set forth in the Settlement in order to ensure adequate time to complete implementation planning processes and integrate stakeholder feedback, as well as to accommodate the second quarterly meeting of the parties scheduled to occur on May 17, 2023.

The current schedule set out in the Parties' Agreement and Settlement Order (Dkt. #94-1) should be amended as follows:

1. The Stakeholder Report will be due on or by April 21, 2023 (*Id*. at ¶ 21, Attachment A at C.1.);

2. The Draft Implementation Plan will be due on or by June 2, 2023 (*Id*. at ¶ 22);

3. Comments on the Draft Implementation Plan from Plaintiffs and the Monitor will be due on or by July 3, 2023 (*Id*. at ¶ 23);

4. The Final Implementation Plan will be issued on or by August 2, 2023 (*Id*. at ¶ 23).

5. The Monitor's draft initial report shall be provided on or by April 8, 2025. (*Id*. at ¶ 30).

I certify that this memorandum contains 240 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 5th day of April, 2023.

Presented by:

ROBERT W. FERGUSON
Attorney General

_____
JAMES M. RICHARDSON III, WSBA No. 45095
MARKO L. PAVELA, WSBA No. 49160
*Assistant Attorneys General*

JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT SCHEDULE
NO. 2:21-cv-00113-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
(360) 709-4845

| | |
|---|---|
| 1 | Office of the Attorney General |
| 2 | 7141 Cleanwater Drive SW |
|   | PO Box 40141 |
| 3 | Olympia, WA 98504-0141 |
|   | Tel. (360) 586-6565 |
| 4 | Fax (360) 586-6659 |
|   | Email: James.RichardsonIII@atg.wa.gov |
| 5 | Marko.Pavela@atg.wa.gov |

**ATTORNEYS FOR DEFENDANTS**

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 765-7203
Fax (206) 957-0729
Email:   carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite 108
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email:   christopher.carney@carneygillespie.com

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Freya Pitts*
Poonam Juneja, *admitted pro hac vice*
Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email:   pjuneja@youthlaw.org
         fpitts@youthlaw.org
         jstrout@youthlaw.org

JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT SCHEDULE NO. 2:21-cv-00113-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
(360) 709-4845

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email:   lwelch@childrensrights.org

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jordan Segall*
Jordan Segall, *admitted pro hac vice*
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel. (213) 683-9208
Email:   jordan.segall@mto.com

**ATTORNEYS FOR PLAINTIFFS**

JOINT STIPULATION FOR
APPROVAL OF MODIFICATION
TO SETTLEMENT SCHEDULE
NO. 2:21-cv-00113-BJR

4

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| CARINA TONG | carinat@dr-wa.org |
| CHRISTOPHER CARNEY | christopher.carney@cgilaw.com |
| POONAM JUNEJA | pjuneja@youthlaw.org |
| FREYA PITTS | fpitts@youthlaw.org |
| JEAN STROUT | jstrout@youthlaw.org |
| LEECIA WELCH | lwelch@childrensrights.org |
| JORDAN DENTLER SEGALL | jordan.segall@mto.com |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 5th day of April 2023.

ROBERT W. FERGUSON
Attorney General

By: _____
JAMES M. RICHARDSON III, WSBA No. 45095
*Assistant Attorney General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
Tel. (360) 586-6565
Fax (360) 586-6659
Email:   James.RichardsonIII@atg.wa.gov
Attorneys for Defendants

JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT SCHEDULE
NO. 2:21-cv-00113-BJR

5

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
(360) 709-4845

The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| D.S.; D.Y. by and through his next friend JULIE KELLOGG-MORTENSEN; H.A. by and through his next friend KRISTEN BISHOPP; and DISABILITY RIGHTS WASHINGTON, a nonprofit membership organization for the federally mandated Protection and Advocacy Systems,<br><br>          Plaintiffs,<br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES; and ROSS HUNTER, in his official capacity as Secretary of the Washington State Department of Children, Youth, and Families,<br><br>          Defendants. | NO.  2:21-cv-00113-BJR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT SCHEDULE

Having considered the Parties' Stipulation and good cause appearing, it is hereby ORDERED that:

ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-cv-00113-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

The current schedule set out in the Parties' Agreement and Settlement Order (Dkt. #94-1) should be amended as follows:

1. The Stakeholder Report will be due on or by April 21, 2023 (*Id.* at ¶ 21, Attachment A at C.1.);

2. The Draft Implementation Plan will be due on or by June 2, 2023 (*Id.* at ¶ 22);

3. Comments on the Draft Implementation Plan from Plaintiffs and the Monitor will be due on or by July 3, 2023 (*Id.* at ¶ 23);

4. The Final Implementation Plan will be issued on or by August 2, 2023 (*Id.* at ¶ 23).

5. The Monitor's draft initial report shall be provided on or by April 8, 2025. (*Id.* at ¶ 30).

IT IS SO ORDERED:

Dated: April 17, 2023

BARBARA J. ROTHSTEIN
United States District Judge

//
//
//

ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-cv-00113-BJR

2

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

|   |   |
|---|---|
| 1 | Office of the Attorney General |
| 2 | 7141 Cleanwater Drive SW |
|   | PO Box 40141 |
| 3 | Olympia, WA  98504-0141 |
|   | Tel. (360) 586-6565 |
| 4 | Fax (360) 586-6659 |
|   | Email:     James.RichardsonIII@atg.wa.gov |
| 5 |                  Marko.Pavela@atg.wa.gov |
| 6 | **ATTORNEYS FOR DEFENDANTS** |

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 765-7203
Fax (206) 957-0729
Email:     carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite 108
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email:     christopher.carney@carneygillespie.com

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Freya Pitts*
Poonam Juneja, *admitted pro hac vice*
Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email:     pjuneja@youthlaw.org
                fpitts@youthlaw.org
                jstrout@youthlaw.org

ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-cv-00113-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email:   lwelch@childrensrights.org

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jordan Segall*
Jordan Segall, *admitted pro hac vice*
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel. (213) 683-9208
Email:   jordan.segall@mto.com

**ATTORNEYS FOR PLAINTIFFS**

ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-cv-00113-BJR

4

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| CARINA TONG | carinat@dr-wa.org |
| CHRISTOPHER CARNEY | christopher.carney@cgilaw.com |
| POONAM JUNEJA | pjuneja@youthlaw.org |
| FREYA PITTS | fpitts@youthlaw.org |
| JEAN STROUT | jstrout@youthlaw.org |
| LEECIA WELCH | lwelch@childrensrights.org |
| JORDAN DENTLER SEGALL | jordan.segall@mto.com |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 5th day of April 2023.

ROBERT W. FERGUSON
Attorney General

By: *[signature]*

JAMES M. RICHARDSON III, WSBA No. 45095
*Assistant Attorney General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
Tel. (360) 586-6565
Fax (360) 586-6659
Email:   James.RichardsonIII@atg.wa.gov
Attorneys for Defendants

ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-cv-00113-BJR

5

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845