The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| D.S., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES, *et al.*,<br><br>            Defendants. | NO. 2:21-cv-00113-BJR<br><br>JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT |

### JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT

The Parties, by and through their respective attorneys of record, hereby stipulate to the following:

On September 21, 2022, this Court issued an Order granting final approval of the Parties' class action settlement agreement. Order Granting Joint Motion for Final Approval of Class Action Settlement Agreement, Dkt. #123. The Parties' Agreement and Settlement Order (Dkt. #94-1, as modified by Dkt. #139) set forth requirements and deadlines for the drafting and finalization of an Implementation Plan. The Parties now stipulate that portions of the required

JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-CV-00113

1

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
(360) 709-4845

contents of this Implementation Plan related to exit criteria and certain other data collection and methodology issues shall be addressed through an Addendum to the Implementation Plan, in order to ensure adequate time to develop effective, accurate, and achievable goals and methodologies.

The Parties' Agreement and Settlement Order (Dkt. #94-1, as modified by Dkt. #139) shall be amended to include the following after Paragraph 24:

24.1  Defendants shall submit an Addendum to the Implementation Plan that includes: (1) final exit criteria for each System Improvement, (2) quality assurance benchmarks for each System Improvement, (3) a way of tracking whether Class Members are being served in the least restrictive and most integrated setting, (4) the methodology for measuring and tracking Defendants' progress toward achieving each System Improvement and any intermediary steps, (5) the methodology for measuring and tracking progress toward achieving each of the exit criteria set forth in Paragraphs 37-45, and (6) the approach for determining capacity needs for each System Improvement.

24.2  The Addendum will be developed in consultation with Plaintiffs and with the assistance of the Monitor over a period of six months, from August 2, 2023 through February 2, 2024. Once finalized on February 2, 2024, it will be added to the final version of the Implementation Plan and posted on Defendants' website.

Defendants shall provide an opportunity for public feedback prior to finalization of the Addendum.

24.3  The Parties agree that Defendants will include agreed upon language regarding the Addendum in the revised version of the Implementation Plan submitted on August 2, 2023.

JOINT STIPULATION FOR APPROVAL
OF MODIFICATION TO SETTLEMENT
AGREEMENT--NO.  2:21-cv-00113

2

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

24.4   The Parties will attempt to resolve any disagreements about the Addendum to the Implementation Plan in good faith. If they cannot do so on their own, they shall seek assistance from the Monitor. If the Parties continue to have disagreements about the Addendum to the Implementation Plan, disputes shall proceed through the dispute resolution process in Section VI of the Settlement Agreement on an expedited basis, with deadlines set by the Monitor.

24.5   To the extent that the language in Paragraphs 24.1 through 24.5 above conflicts with Paragraphs 22 through 24 of the Settlement Agreement, the language in Paragraphs 24.1 through 24.5 supersedes Paragraphs 22 through 24.

I certify that this memorandum contains 458 words, in compliance with Local Civil Rule 7(e)(6).

RESPECTFULLY SUBMITTED this 3rd day of August, 2023.

Presented by:

ROBERT W. FERGUSON
Attorney General

_____
JAMES M. RICHARDSON III, WSBA No. 45095
MARKO L. PAVELA, WSBA No. 49160
EMMA JOHNSON, WSBA No. 59911
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
Tel.    (360) 586-6565
Fax    (360) 586-6659
Email:       James.RichardsonIII@atg.wa.gov
             Marko.Pavela@atg.wa.gov
             Emma.Johnson@atg.wa.gov
**ATTORNEYS FOR DEFENDANTS**

JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO.  2:21-cv-00113

3

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 765-7203
Fax (206) 957-0729
Email:     carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite 108
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email:     christopher.carney@carneygillespie.com

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Poonam Juneja*
Poonam Juneja, *admitted pro hac vice*
Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email:     pjuneja@youthlaw.org
           fpitts@youthlaw.org
           jstrout@youthlaw.org

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email:     lwelch@childrensrights.org

JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT--NO. 2:21-cv-00113

4

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
(360) 709-4845

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jordan Segall*
Jordan Segall, *admitted pro hac vice*
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel. (213) 683-9208
Email:     jordan.segall@mto.com

**ATTORNEYS FOR PLAINTIFFS**

JOINT STIPULATION FOR APPROVAL
OF MODIFICATION TO SETTLEMENT
AGREEMENT--NO.  2:21-cv-00113

5

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845

# CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| CARINA TONG | carinat@dr-wa.org |
| CHRISTOPHER CARNEY | christopher.carney@cgilaw.com |
| POONAM JUNEJA | pjuneja@youthlaw.org |
| FREYA PITTS | fpitts@youthlaw.org |
| JEAN STROUT | jstrout@youthlaw.org |
| LEECIA WELCH | lwelch@childrensrights.org |
| JORDAN DENTLER SEGALL | jordan.segall@mto.com |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 3rd day of August 2023.

ROBERT W. FERGUSON
Attorney General

By: _____
JAMES M. RICHARDSON III, WSBA No. 45095
*Assistant Attorney General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
Tel. (360) 586-6565
Fax (360) 586-6659
Email:    James.RichardsonIII@atg.wa.gov
Attorneys for Defendants

JOINT STIPULATION FOR APPROVAL
OF MODIFICATION TO SETTLEMENT
AGREEMENT--NO.  2:21-cv-00113

6

ATTORNEY GENERAL OF WASHINGTON
Children, Youth and Families Division
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA  98504-0141
(360) 709-4845