THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| D.S., *et al.* | No. 21-cv-000113-BJR |
|---|---|
| **Plaintiffs,** | |
| v. | **ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS' FEES AND COSTS** |
| **WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,** *et al.*, | |
| **Defendants.** | |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorneys' Fees and Costs.

THE COURT FINDS that the attorneys' fees and costs reflected in the Parties' Stipulated Motion for Attorneys' Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $148,395.90 in fees and $7,375.52 in costs, for a grand total of $155,771.42.

Dated this 7th day of March 2024.

Barbara J. Rothstein
United States District Judge

Order Granting Stipulated Motion
for Attorneys' Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 1 of 2



Presented by:

*/s/ Marko Pavela*
James M. Richardson, III, WSBA No. 45095
Marko Pavela, WSBA No. 49160
*Assistant Attorneys General*

**OFFICE OF THE ATTORNEY GENERAL**
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
james.richardsonIII@atg.wa.gov
marko.pavela@atg.wa.gov

*Attorneys for Defendants*

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
(206) 324-1521
carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA No. 30325
Carney Gillespie PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
(206) 445-0212
christopher.carney@carneygillespie.com

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
(415) 602-5202
lwelch@childrensrights.org

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Freya Pitts*
Poonam Juneja, admitted pro hac vice
Freya Pitts, admitted pro hac vice
Jean Strout, admitted pro hac vice
1212 Broadway, Suite 600
Oakland, CA 94612
(510) 835-8098
pjuneja@youthlaw.org
fpitts@youthlaw.org
jstrout@youthlaw.org
*Attorneys for Plaintiffs*

Order Granting Stipulated Motion
for Attorneys' Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 2 of 2

