1  THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| D.S., *et al.* | No. 21-cv-000113-BJR |
|---|---|
| **Plaintiffs,** | |
| v. | **ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES AND COSTS** |
| **WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,** *et al.*, | |
| **Defendants.** | |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorney's Fees and Costs.

THE COURT FINDS that the attorney's fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $78,311.00 in fees.

//
//
//
//
//
//
//
//

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 1 of 3



Dated this 10th day of March 2025.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Judge

Presented by:

*/s/ Marko Pavela*
James M. Richardson, III, WSBA No. 45095
Marko Pavela, WSBA No. 49160
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA 98504-0124
(360) 586-6565
James.RichardsonIII@atg.wa.gov
marko.pavela@atg.wa.gov
***Attorneys for Defendants***

**DISABILITY RIGHTS WASHINGTON**

*/s/ Sarah Eaton*
Sarah Eaton, WSBA # 46854
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 324-1521
Fax (206) 957-0729
Email: sarahe@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA No. 30325
Carney Gillespie PLLP
600 1st Avenue, Suite LL08
Seattle, Washington 98104
Tel. (206) 445-0212
Email: Christopher.Carney@carneygillespie.com

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email: lwelch@childrensrights.org

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Freya Pitts*

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 2 of 3

CARNEY GILLESPIE
600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email:
fpitts@youthlaw.org
jstrout@youthlaw.org

***Attorneys for Plaintiffs***

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 3 of 3

