The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| D.S., *et al.*,<br><br>          Plaintiffs,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES, *et al.*,<br><br>          Defendants. | NO. 2:21-cv-00113-BJR<br><br>ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT |

## ORDER GRANTING JOINT STIPULATION FOR APPROVAL OF MODIFICATION TO SETTLEMENT AGREEMENT

Having considered the Parties' Stipulation and good cause appearing, it is hereby ORDERED that:

The Parties' Agreement and Settlement Order (ECF No. 94-1 as modified by ECF Nos. 139 and 144) is amended such that Paragraph 8(1) reads as follows:

A Hub Home is defined as a licensed foster parent with experience caring for young people who currently or previously qualified for Wraparound with Intensive Services (WISe) or Behavioral Rehabilitative Services (BRS) services. The Hub

Home must be licensed for and maintain at least two beds to accommodate respite care.

IT IS SO ORDERED:

Dated: May 14, 2025

BARBARA J. ROTHSTEIN
United States District Judge

Presented by:

**DISABILITY RIGHTS WASHINGTON**

*/s/ Carina Tong*
Carina Tong, WSBA #53304
315 5th Ave South, Suite 850
Seattle, WA 98104
Tel. (206) 765-7203
Fax (206) 957-0729
Email: carinat@dr-wa.org

**CARNEY GILLESPIE PLLP**

*/s/ Christopher Carney*
Christopher Carney, WSBA #30325
600 1st Ave, Suite LL08
Seattle, WA 98104
Tel. (206) 445-0212
Fax (206) 238-9987
Email: christopher.carney@carneygillespie.com

**NATIONAL CENTER FOR YOUTH LAW**

*/s/ Freya Pitts*
Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612

```
                                    Tel. (510) 835-8098
                                    Fax (510) 835-8099
                                    Email: fpitts@youthlaw.org
                                           jstrout@youthlaw.org
```

**CHILDREN'S RIGHTS**

*/s/ Leecia Welch*
Leecia Welch, WSBA #26590
Carolyn Elizabeth Hite, *admitted pro hac vice*
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email: lwelch@childrensrights.org
       chite@childrensright.org

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jordan Segall*
Jordan Segall, *admitted pro hac vice*
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel. (213) 683-9208
Email: jordan.segall@mto.com

**ATTORNEYS FOR PLAINTIFFS**


NICHOLAS D. BROWN
Attorney General

*/s/ Marko Pavela*
James M. Richardson III, WSBA No. 45095
Marko L. Pavela, WSBA No. 49160
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40141
Olympia, WA 98504-0141
Tel. (360) 586-6565
Fax (360) 586-6659
Email: Marko.Pavela@atg.wa.gov
       James.RichardsonIII@atg.wa.gov

**ATTORNEYS FOR DEFENDANTS**

ORDER GRANTING JOINT
STIPULATION FOR APPROVAL OF
MODIFICATION TO SETTLEMENT
AGREEMENT
NO. 2:21-CV-00113

3