THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.S., *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,** *et al.*, <br><br> **Defendants.** | No. 21-cv-000113-BJR <br><br> **ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES AND COSTS** |

This matter comes before the Court upon the Parties' Stipulated Motion for Attorney's Fees and Costs.

THE COURT FINDS that the attorney's fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $112,620.00 in fees and $2,679.42 in costs, a grand total of $115,299.42.

//
//
//
//
//
//
//

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 1 of 3



//

Dated this 5th day of June 2025.

_____
Barbara J. Rothstein
United States District Judge

Presented by:

| | |
|---|---|
| */s/ Marko Pavela*<br>James M. Richardson, III, WSBA No. 45095<br>Marko Pavela, WSBA No. 49160<br>*Assistant Attorneys General*<br><br>Office of the Attorney General<br>7141 Cleanwater Drive SW<br>P.O. Box 40124<br>Olympia, WA 98504-0124<br>(360) 586-6565<br>James.RichardsonIII@atg.wa.gov<br>marko.pavela@atg.wa.gov<br>**Attorneys for Defendants** | **DISABILITY RIGHTS WASHINGTON**<br><br>*/s/ Carina Tong*<br>Carina Tong, WSBA # 53304<br>315 5th Ave South, Suite 850<br>Seattle, WA 98104<br>Tel. (206) 324-1521<br>Fax (206) 957-0729<br>Email: carinat@dr-wa.org<br><br>**CARNEY GILLESPIE PLLP**<br><br>*/s/ Christopher Carney*<br>Christopher Carney, WSBA No. 30325<br>Carney Gillespie PLLP<br>600 1st Avenue, Suite LL08<br>Seattle, Washington 98104<br>Tel. (206) 445-0212<br>Email: Christopher.Carney@carneygillespie.com<br><br>**CHILDREN'S RIGHTS**<br><br>*/s/ Leecia Welch*<br>Leecia Welch, WSBA #26590<br>2021 Fillmore Street<br>San Francisco, CA 94115<br>Tel. (415) 602-5202<br>Email: lwelch@childrensrights.org |

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 2 of 3



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**NATIONAL CENTER FOR YOUTH LAW**

<u>/s/ Freya Pitts</u>
Freya Pitts, *admitted pro hac vice*
Jean Strout, *admitted pro hac vice*
1212 Broadway, Suite 600
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email:
fpitts@youthlaw.org
jstrout@youthlaw.org

***Attorneys for Plaintiffs***

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 3 of 3

