THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **D.S.,** *et al.* | **No.  21-cv-000113-BJR** |
|     **Plaintiffs,** | |
|        **v.** | **ORDER GRANTING STIPULATED MOTION FOR ATTORNEY'S FEES AND COSTS** |
| **WASHINGTON STATE DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,** *et al.*, | |
|     **Defendants.** | |

       This matter comes before the Court upon the Parties' Stipulated Motion for Attorney's Fees and Costs.

       THE COURT FINDS that the attorney's fees and costs reflected in the Parties' Stipulated Motion for Attorney's Fees and Costs are reasonable and compensable under 42 U.S.C. § 1988.

       IT IS HEREBY ORDERED that Defendants shall, within fourteen (14) days of the date of this order, pay to Plaintiffs' counsel the sum of $89,484.28 in fees and costs.

//
//
//
//
//
//
//
//

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 1 of 3



CARNEY
GILLESPIE

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 **MAIN**
206.238.9987 **FAX**
carneygillespie.com

Dated this 27th day of March 2026.

Barbara J. Rothstein
United States District Judge

Presented by:

| | |
|---|---|
| /s/ Marko Pavela | **DISABILITY RIGHTS WASHINGTON** |
| James M. Richardson, III, WSBA No. 45095 | |
| Marko Pavela, WSBA No. 49160 | /s/ Carina Tong |
| *Assistant Attorneys General* | Carina Tong, WSBA # 53304 |
| | 315 5th Ave South, Suite 850 |
| Office of the Attorney General | Seattle, WA 98104 |
| 7141 Cleanwater Drive SW | Tel. (206) 324-1521 |
| P.O. Box 40124 | Fax (206) 957-0729 |
| Olympia, WA 98504-0124 | Email: carinat@dr-wa.org |
| (360) 586-6565 | |
| James.RichardsonIII@atg.wa.gov | **CARNEY GILLESPIE PLLP** |
| marko.pavela@atg.wa.gov | |
| *Attorneys for Defendants* | /s/ Christopher Carney |
| | Christopher Carney, WSBA No. 30325 |
| | Carney Gillespie PLLP |
| | 600 1st Avenue, Suite LL08 |
| | Seattle, Washington 98104 |
| | Tel. (206) 445-0212 |
| | Email: |
| | Christopher.Carney@carneygillespie.com |

**CHILDREN'S RIGHTS**

/s/ Leecia Welch
Leecia Welch, WSBA #26590
2021 Fillmore Street
San Francisco, CA 94115
Tel. (415) 602-5202
Email: lwelch@childrensrights.org

**NATIONAL CENTER FOR YOUTH LAW**

/s/ Jean Strout
Jean Strout, *admitted pro hac vice*

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 2 of 3



Freya Pitts, *admitted pro hac vice*
428 13th St., FL 5
Oakland, CA 94612
Tel. (510) 835-8098
Fax (510) 835-8099
Email:
jstrout@youthlaw.org
fpitts@youthlaw.org

***Attorneys for Plaintiffs***

Order Granting Stipulated Motion
for Attorney's Fees and Costs
*D.S. v. DCYF*, 21-cv-000113-BJR
Page 3 of 3

CARNEY
GILLESPIE

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com